UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| DA'IONE L. FIELDS, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. ) | NO. 2:22CV207-PPS/JEM<br>(Associated Criminal Case<br>No. 2:20CR134-PPS) |

## OPINION AND ORDER

In Case No. 2:20CR134, Da'Ione Fields entered a plea of guilty to one count of mail fraud. On July 16, 2021, I sentenced Fields to a prison term of 24 months, and recommended that he be given credit for time served. [DE 70-2 in 2:20CR134.] Fields is currently serving his sentence at FCI Milan in Michigan. The Bureau of Prisons online inmate information portal indicates that Fields' projected release date is October 6, 2022. Now before me is a Petition for Writ of Habeas Corpus Under 28 U.S.C. §2241 filed by Fields, challenging the BOP's calculation of his prison sentence. [DE 1.]

A §2241 habeas petition can be used to challenge the computation of a term of imprisonment. *Von Kahl v. Segal*, 19 F.4th 987, 988 (7th Cir. 2021) ("Section 2241 is...the appropriate means to contest the Bureau of Prisons' calculation of the date on which a prisoner must be released.") But, unfortunately for Fields, petitions under §2241 are to be filed in the district where the petitioner is incarcerated rather than in the district where he was sentenced. *Mangine v. Withers*, No. 18-3639, 2022 WL 2447431, *2 (7th Cir. July 6, 2022). Under 28 U.S.C. §1631, I have authority to transfer this action "to any

other such court in which the action...could have been brought at the time it was filed." Although I have no jurisdiction to consider Fields' request for relief, I will transfer the matter to the District Court for the Eastern District of Michigan, in which FCI Milan is located. *United States v. Prevatte*, 300 F.3d 792, 799 n.3 (7th Cir. 2002). I act promptly in view of Fields' claim that a correct computation of his term of imprisonment would have resulted in his release some time ago. [DE 1 at 7.]

**ACCORDINGLY:**

Pursuant to 28 U.S.C. §1631, Da-Ione L. Fields' Petition for a Writ of Habeas Corpus Under 28 U.S.C. §2241 [DE 1] is TRANSFERRED to the United States District Court for the Eastern District of Michigan.

The Clerk is directed to file a copy of this opinion in the associated criminal case, No. 2:20CR134, as it relates to Fields' letter docketed July 22, 2022 [DE 88 in that case].

**SO ORDERED**.

ENTERED: July 25, 2022.

                                          /s/ Philip P. Simon
                                          PHILIP P. SIMON, JUDGE
                                          UNITED STATES DISTRICT COURT